**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN H. ALLEN**                                                                                                    **PLAINTIFF**

**V.**                              **NO. 4:93cv00398 BSM-JWC**

**LARRY MORRIS, Sheriff,**                                                                               **DEFENDANTS**
**Monroe County, Arkansas, et al**

**ORDER**

The court has reviewed the proposed findings and recommendations received from Magistrate Judge Jerry Cavaneau. There have been no objections. The findings and recommendations are adopted in their entirety as this court's findings.

Accordingly, cefendant's motion to strike (Doc. No. 74) is granted as to all claims and allegations against the United States Department of Justice, but denied in all other respects. Plaintiff's motion to file a first amended complaint (Doc. No. 76) is denied as to all claims and allegations against the United States Department of Justice, but granted in all other respects.

Plaintiff is directed to file, within five days of this order adopting the recommendations, an amended complaint that conforms with the recommendations as adopted.

IT IS SO ORDERED this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE