**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN H. ALLEN**                                                               **PLAINTIFF**

**V.**                      **NO. 4:93CV00398 BSM-JWC**

**LARRY MORRIS, Sheriff,
Monroe County, Arkansas, et al**                                       **DEFENDANTS**

**ORDER**

The court has reviewed the partial recommended disposition from Magistrate Judge Jerry Cavaneau. There have been no objections. After carefully reviewing the partial recommended disposition and the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendants' motion for summary judgment (Doc. No. 93) is hereby granted in part and denied in part as follows:

1. Granted as to all 42 U.S.C. § 1983 and ADA claims regarding the period from plaintiff's move to the C-pod area of the jail on March 9, 1992, until April 29, 1992;

2. Granted as to all ADA claims against defendant Morris in his individual capacity;

3. Granted as to all ADA claims for punitive damages;

4. Denied as to all 42 U.S.C. § 1983 claims against both defendants for damages regarding the period from February 27, 1992, until plaintiff's move to C-pod on March 9, 1992; and

5.      Denied as to all ADA claims for compensatory damages against defendant Monroe County regarding the period from February 27, 1992, until plaintiff's move to C-pod on March 9, 1992.

The remaining claims shall proceed to trial the week of June 28, 2010.

IT IS SO ORDERED this 2nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE