IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN H. ALLEN                                                                                       PLAINTIFF

V.                                         NO. 4:93cv00398 BSM-JWC

LARRY MORRIS, Sheriff,                                                                        DEFENDANTS
Monroe County, Arkansas, et al

## ORDER

On April 1, 2010, Defendants' attorney filed a "Notice of Death" (doc. 105), stating that Defendant Larry Morris died on March 25, 2010. The notice "requests his dismissal from this action." Because the notice requests relief, Plaintiff is directed to file a response to the request for dismissal on or before April 26, 2010.

IT IS SO ORDERED this 20th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE