IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN H. ALLEN                                                                                         PLAINTIFF

V.                                    NO.  4:93cv00398 BSM-JWC

LARRY MORRIS, Sheriff, and
MONROE COUNTY, ARKANSAS, et al.                                        DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Jerry Cavaneau. There have been no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendants' request for dismissal of defendant Larry Morris as a named party (Doc. No. 105) is granted due to his death. Plaintiff's motion for leave to file a second amended complaint joining the Estate of Larry Morris as a defendant (Doc. No. 110) is granted.

Plaintiff is directed to file his second amended complaint within seven (7) days of entry of this order, substituting the Estate of Larry Morris as a defendant for purposes of plaintiff's individual-capacity claims and identifying Morris's successor in office for purposes of any official-capacity claims. Plaintiff is also ordered to effectuate service pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE