**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN H. ALLEN**                                                                                          **PLAINTIFF**

**V.**                                **CASE NO. 4:93CV00398 BSM-JWC**

**ESTATE OF LARRY MORRIS, and**
**GARY HENARD, in his official capacity,**
**and MONROE COUNTY, ARKANSAS**                                                   **DEFENDANTS**

## ORDER

The motion of plaintiff John H. Allen to dismiss, without prejudice, the Estate of Larry Morris (Doc. No. 129), and of defendant Monroe County, Arkansas to have Monroe County Judge Jerry Miley ("Miley") to read portions of Larry Morris's deposition into the record and to introduce certain evidence and exhibits related to Morris through Miley (Doc. No. 125), are granted

IT IS SO ORDERED THIS 16th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE