# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| JOHN H. ALLEN <br> *Plaintiff* <br> v. <br> MONROE COUNTY, ARKANSAS <br> *Defendant* | Civil Action No. 4:93CV00398 BSM |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   judgment for defendant

This action was *(check one)*:

☑ tried by a jury with Judge  BRIAN S. MILLER  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   08/18/2010

*CLERK OF COURT*

/s/ Betty M. Tyree
*Signature of Clerk or Deputy Clerk*